IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:19cr130-MHT |
| | ) | (WO) |
| BOBBY LEE WILSON, JR. | ) | |

### ORDER

Upon consideration of the government's motion to dismiss the original indictment against Bobby Lee Wilson, Jr., which the court construes as a motion for leave to dismiss the indictment pursuant to Federal Rule of Criminal Procedure 48 and as the government's notice of dismissal of the indictment, it is ORDERED that:

(1) The motion for leave to dismiss the indictment (doc. no. 28) is granted.

(2) The original indictment (doc. no. 1) is dismissed.

This case is not closed.

DONE, this the 14th day of November, 2019.

                                            /s/ Myron H. Thompson
                                      **UNITED STATES DISTRICT JUDGE**