IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:19cr130-MHT** |
| | ) | **(WO)** |
| **BOBBY LEE WILSON, JR.** | ) | |

### ORDER

Based on the representations made on the record during the status conference on October 28, 2020, it is ORDERED that:

(1) Sentencing for defendant Bobby Lee Wilson, Jr. is set for November 20, 2020, at 10:00 a.m., <u>in person</u>, in Courtroom 2FMJ of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama. The U.S. Marshal is to arrange for the physical presence of defendant Wilson.

(2) Defense counsel's sentencing brief and supplemental statement regarding BOP programs and treatments are due by 5:00 p.m. on November 13, 2020.

The government has already filed its sentencing brief (doc. no. 61).

DONE, this the 29th day of October, 2020.

                                          /s/ Myron H. Thompson
                                      **UNITED STATES DISTRICT JUDGE**